**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRENDA BORING**                                                                 **PLAINTIFF**

**V.**                                                              **NO. 4:26-CV-75-DMB-JMV**

**CITY OF GREENWOOD,
MISSISSIPPI; and OFFICER
WILLIAM NEVELS, in his
individual capacity**                                                        **DEFENDANTS**

## RECUSAL ORDER

The undersigned district judge recuses from this case.  The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 12th day of August, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**