**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BRENDA BORING** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:26-CV-75-RPC-JMV**

**CITY OF GREENWOOD, MISSISSIPPI, ET AL.** **DEFENDANTS**

**ORDER CONFIRMING IFP STATUS AND LIFTING STAY**

Before the Court in this matter is the Plaintiff's Amended Motion to Proceed *in Forma Pauperis* ("IFP") [Doc. 9] and Plaintiff's Motion to Lift Stay and Motion to Reconcile or Reconsider IFP Status [Doc. 12]. For the reasons that follow, Plaintiff's Amended Motion to Proceed IFP [Doc. 9] and Plaintiff's Motion to Lift Stay and Motion to Reconcile or Reconsider IFP Status [Doc. 12] are hereby MOOT.

On May 26, 2026, Plaintiff filed the Complaint [Doc. 1] in this action and the same day, filed a Motion to Proceed IFP [Doc. 2]. The Court entered an Order to Show Cause [Doc. 4], instructing Plaintiff to file an amended application to proceed IFP or pay the filing fee. On June 11, 2026, Plaintiff filed her Amended Motion to Proceed IFP [Doc. 5]. On June 12, 2026, the Court entered an Order [Doc. 6] granting Plaintiff IFP status and directing her to provide the correct address for each Defendant so that process could be served.

On June 15, 2026, the undersigned entered an Order Directing the Marshals to Serve [Doc. 7], and summonses were issued to City of Greenwood, Mississippi and William Nevels. [Doc. 8].

Then, on June 22, 2026, Plaintiff filed another Amended Motion to Proceed IFP [Doc. 9]. The undersigned issued an Order Staying the Case [Doc. 10] pending further order of the Court and ordering Plaintiff to provide updates regarding her ability to personally appear before the

Court. Plaintiff filed a Motion to Lift Stay and Motion to Reconcile or Reconsider IFP Status [Doc. 12].

The Court noticed a hearing on this matter [Doc. 13], and the Plaintiff testified as to her financial status under oath before this Court on August 27, 2026 [Doc. 17]. Based on Plaintiff's testimony, the Court finds that Plaintiff may proceed with IFP status. The Court granted Plaintiff IFP status in this case on June 12, 2026 [Doc. 6]. Therefore, Plaintiff will continue to have IFP status in this case as was originally granted.

Accordingly, the stay should be lifted, and this action may proceed.

**THEREFORE, IT IS ORDERED** that the stay on the above-styled matter is hereby **LIFTED**, and Plaintiff's Amended Motion to Proceed IFP [Doc. 9] and Plaintiff's Motion to Lift Stay and Motion to Reconcile or Reconsider IFP Status [Doc. 12] are hereby **MOOT**.

**SO ORDERED** this, the 31st day of August, 2026.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**