**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BRENDA BORING** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:26-CV-75-RPC-JMV**

**CITY OF GREENWOOD, MISSISSIPPI, ET AL.** **DEFENDANTS**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court in this matter is the Defendants', City of Greenwood, Mississippi, and Officer William Nevels, Motion for Extension of Time [Doc. 14] to file their response to Plaintiff's Complaint. No opposition has been filed and finding good cause for the same, due to a prior Stay Order [Doc. 10] having necessarily been entered in the case, the motion is GRANTED.

Accordingly, Defendants shall have thirty (30) days from the date of this Order, or by September 30, 2026, to file their response to Plaintiff's Complaint.

**SO ORDERED** this, the 31st day of August, 2026.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**