**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BRENDA BORING** **PLAINTIFF**

**VS.** **CAUSE NO.: 4:26-CV-75-RPC-JMV**

**CITY OF GREENWOOD AND OFFICER WILLIAM NEVELS, IN HIS INDIVIDUAL CAPACITY** **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

On September 30, 2026, Defendants filed a Motion to Dismiss [Doc. 24] based, at least in part, upon an immunity defense. Under Local Uniform Civil Rule 16(b)(3)(B), "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Accordingly, the attorney conference and disclosure requirements and all discovery are hereby stayed pending a ruling on the motion to dismiss [Doc. 24]. No case management order will be entered until the resolution of Defendants' motion. Counsel is directed to notify the Court within seven days of a ruling on the pending immunity motion.

**IT IS, THEREFORE, ORDERED** that this case is **STAYED.**

**SO ORDERED**, this the 1st day of October, 2026.

*/s/ Jane M. Virden*
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE